UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mariama Moore,　　　　　　　　　　　　　　　　　　　　Misc. No. 25-50 (PAM)

　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Shawn Marlowe and Kyle Vollrath,

　　　　　Defendants.

---

　　　　Plaintiff Mariama Moore was restricted from filing new cases in this District unless she is represented by counsel or receives prior written authorization from a judicial officer of this District.  See <u>Moore v. State of Minnesota</u>, Civ. No. 23-1613 (PJS/DJF) (D. Minn. June 2, 2023) (Docket No. 3).  This matter is before the Court on Moore's request for authorization to file another civil action against St. Paul police officers Shawn Marlowe and Kyle Vollrath under 42 U.S.C. § 1983.  (Docket No. 3).

　　　　Upon review, the Court concludes that res judicata plainly bars this action in light of the dismissal with prejudice of Moore's previous lawsuits relating to the same events against the St. Paul Police Department, see <u>Moore v. Saint Paul Police Dept.</u>, Civ. No. 24-789 (LMP/SGE) (D. Minn. March 19, 2025) (Docket No. 105).  See <u>Yankton Sioux Tribe v. U.S. Dept. of Health and Human Servs.</u>, 533 F.3d 634, 639 (8th Cir. 2008) ("Under res judicata, 'a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action.'") (quoting <u>Allen v. McCurry</u>, 449 U.S. 90, 94 (1980)).  Moore's claims against the individual St. Paul police

officers stemming from the same events have also been previously dismissed. See Moore v. Vollrath, et al., Civ. No. 25-2156 (JMB/ECW) (D. Minn. June 20, 2025) (Docket No. 12). This action is therefore frivolous. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); Neitzke v. Williams, 490 U.S. 319, 325 (1989). Accordingly, the Court denies the request for authorization and orders that this proceeding be closed. The Court also certifies that any appeal taken from this denial would not be in good faith, and thus any request to proceed in forma pauperis on appeal will be denied on that basis. See Fed. R. App. P. 24(a)(3)(A).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 9, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge